FILED

05/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA23-0729

IN RE THE MARRIAGE OF

BENJAMIN ANDERSON,

      Petitioner and Appellee,

and

KRISTIN COOPER,

f/k/a KRISTIN ANDERSON

      Respondent and Appellant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRANSCRIPTS

Upon Motion of the Appellant, and there appearing good cause therefore, IT IS HEREBY ORDERED that the Court Reporter shall have until the 3rd day of June, 2024 to file the transcripts necessary for appeal.

ELECTRONICALLY SIGNED AND DATED, BELOW.

Cc:    Kirsten Mull Core
       Rebecca Swandal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2024